```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 19349
   MILTON SALLEY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5198

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
   The case was filed on 07/28/2008 and was not confirmed.

   The case was dismissed without confirmation 09/03/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------------
SAXON MORTGAGE SERVICES   MORTGAGE NOTI   NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          295.57          .00           .00
SAXON MORTGAGE            CURRENT MORTG         .00          .00           .00
SAXON MORTGAGE            SECURED NOT I    19581.56          .00           .00
PRO SE DEBTOR             DEBTOR ATTY          .00                         .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          --------------        --------------
TOTALS                         .00                    .00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 12/22/08        _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```